UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| BEVERLY LEAST, et al., | No. C 10-05880 MEJ |
| Plaintiffs, | **ORDER VACATING CMC** |
| v. | |
| DEPUY ORTHOPAEDICS, INC., | |
| Defendant. | |
| _____/ | |

This matter is currently scheduled for a Case Management Conference on April 7, 2011. However, as the parties have not filed a joint statement, the Court VACATES the April 7 cmc. The parties are ORDERED to file a joint status report by April 21, 2011.

**IT IS SO ORDERED.**

Dated: April 5, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge